Meriel L. Darzen, OSB # 113645
(503) 525-2725 │ meriel@crag.org
Alexandria Dolezal, OSB # 223924
(503) 525-2725 │ alexandria@crag.org
CRAG LAW CENTER
3141 E. Burnside St.
Portland, Oregon 97214

Nicholas S. Cady, OSB # 113463
(541) 434-1463 │ nick@cascwild.org
Cascadia Wildlands
P.O. Box 10455
Eugene, Oregon 97440

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, *et al.*, <br><br> & <br><br> APPLEGATE SISKIYOU ALLIANCE, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES BUREAU OF LAND MANAGEMENT, <br><br> Defendants. | Case No.: 1-23-cv-00519-CL; <br> Case No.: 1-23-cv-01163-CL <br><br> **DECLARATION OF NICHOLAS CADY** |

I, Nicholas Cady, being an officer of this court, do hereby declare and say:

1. I am the legal director of Cascadia Wildlands. I am counsel for Plaintiffs. I make this declaration based upon my own personal knowledge in support of the Plaintiffs' Motion for Summary Judgment.

2. I offer the following exhibit in support of the Plaintiffs' Motion for Summary Judgment.

3. I submit a copy of excerpts of the "Rogue Gold Forest Management Project Environmental Assessment" "DOI-BLM-OR-M060-2021-0010-EA" dated June 2023 from the Ashland Field Office of Oregon/Washington Office of the Bureau of Land Management as **Exhibit A**. I received the document from the BLM's eplanning website, which I accessed on February 21, 2024: https://eplanning.blm.gov/eplanning-ui/project/2015764/510.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of February, 2024, in Eugene, Oregon.

_____
Nicholas Cady
Attorney for Plaintiffs

Declaration of Nicholas Cady - 1